LUTHER JONES *versus* JAMES PHILLIPS.

Upon a complaint to recover damage for injury done to the plaintiff's land, by flowing the same for the support of mills, it is competent for the jury, in their verdict, to include compensation for the injury done to the plaintiff's fences, and for the annual expense of maintaining fences for the future.

COMPLAINT for flowing the plaintiff's land by the defendant's milldam. It was admitted that the jury, in their general verdict, had allowed for the injury done to the plaintiff's fences, and also allowed an annual sum for keeping up the plaintiff's fences in subsequent years.

The parties agreed that the Court should amend the verdict, if necessary, so as to conform to the legal rights of the parties.

*Kelley* and *McCrillis,* for the defendant.

It was not competent for the jury to allow for expenses of keeping up future fences. It does not appear that the plaintiff

County Commissioners *v.* Spofford.

will rebuild or maintain such fences. Such expenses are not of the nature of necessary and permanent damage. They are uncertain and contingent; and cannot be the basis of any allowance. That portion of the verdict should therefore be expunged.

*Prentiss,* for the complainant.

HOWARD, J. orally. — It is not objectionable that the jury should include in their verdict the damages on account of the fences, — both those existing, and those necessary to be subsequently maintained. *Judgment on the verdict.*